**Jervon L. HERBIN, Appellant**

v.

**Janet C. HOEFFEL, et al., Appellees**

**No. 00–7133.**

United States Court of Appeals,
District of Columbia Circuit.

Jan. 18, 2001.

Before SENTELLE, KAREN LECRAFT HENDERSON, and ROGERS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed May 2, 2000, be affirmed. Appellant failed to state a claim under 42 U.S.C. § 1983 because the defendants did not act under color of state law. *See Polk County v. Dodson,* 454 U.S. 312, 325, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981). The district court properly declined to exercise jurisdiction over the supplemental claims. *See* 28 U.S.C. § 1367(c)(3).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.